# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

OSCAR GARCIA-GONZALEZ

MAGISTRATE JUDGE NO. 03-904-MBB

## APPOINTMENT OF FEDERAL DEFENDER
## (MARTIN RICHEY)

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is hereby ORDERED that the Federal Defender Office for the District of Massachusetts be appointed, effective as of __DECEMBER 5, 2003__ to represent said defendant in this cause until further order of the Court.

By: _Marianne B. Bowler_
MARIANNE B. BOWLER
Chief United States Magistrate Judge

DATE: Dec. 5, 2003

(FPDAPPNOTICECUSMJBMJCASE.wpd - 11/98)                               [koapptpd.]