## MAGISTRATE JUDGE CLERK NOTES

Magistrate Judge: Bowler
Courtroom Clerk: Saucier
Case: USA v. Oscar Garcia-Gonzalez
AUSA: Don Cabell
PTSO/PO: John Riley

Date: 12-10-03        Time In Court: 5 min
Tape Number: Digital Record
Case Number: MJ# 03-904-MBB
Defense Counsel: Martin Richey
Interpreter: A. Juacuja    Language: Spanish

### TYPE OF HEARING

- [ ] **Initial Appearance**
  - [ ] Arrested: Date:_____
  - Charging District: _____
  - [ ] on warrant    [ ] on probable cause
  - [ ] Defendant Sworn
  - [ ] Advised of Charges
  - [ ] Advised of Rights
  - [ ] Requests Appointment of Counsel
  - [ ] Will Retain Counsel
  - [ ] Court Orders Counsel be Appointed
  - [ ] Government Requests Detention & Continuance

- [ ] **Arraignment**
  - [ ] Defendant Waived Reading of Indictment
  - [ ] Defendant Pleads Not Guilty to Counts _____

- [ ] **Removal Hearing/Rule 40**
  - [ ] Defendant Waives Identity Hearing
  - [ ] Defendant Ordered Removed to Charging District. Order to Issue.
  - [ ] Defendant Released, Conditions Remain/ Modified/Set
  - [ ] Identity Established

- [x] **Preliminary Examination (Rule 5 or Rule 32.1)**
  - [ ] Probable Cause Found
  - [ ] Identity Established
  - [ ] Defendant Waives Identity Hearing
  - [x] Defendant Waives Preliminary Examination

- [x] **Detention Hearing**
  - [ ] Defendant Requests a Continuance
  - [x] Defendant Consents to Voluntary Detention
  - [ ] Defendant Detained, Order to Issue
  - [ ] Defendant Released on _____ with conditions
  - [ ] Detention Taken Under Advisement

- [ ] **Preliminary Probation Revocation Hearing**
  - [ ] Defendant Ordered Detained
  - [ ] Defendant Released

- [ ] **Bail Revocation Hearing**
  - [ ] Bail Revoked, Defendant Ordered Detained
  - [ ] Defendant Released, Conditions Remain/Modified
  - [ ] Defendant Released on _____ with Conditions

- [ ] **Miscellaneous Hearings**
  - [ ] Attorney Appointment Hearing
  - [ ] Change of Plea (Rule 11) Hearing
  - [ ] Material Witness Hearing
  - [ ] Motion Hearing
  - [ ] Initial Status Conference
  - [ ] Interim Status Conference
  - [ ] Final Status Conference
  - [ ] Other _____

### CONTINUED PROCEEDINGS

_____Hearing/Conference set for_____ at_____

### REMARKS

Court will issue an Order of Voluntary Detention without prejudice

(C:\CmEcf\ImplementationTeams\MJSTARTeam\CrCtNoteMJforpdf.wpd 5/19/03)