## MAGISTRATE JUDGE CLERK NOTES

| | |
|---|---|
| Magistrate Judge: Bowler | Date: 12-10-03    Time In Court: 5 min |
| Courtroom Clerk: Saucier | Tape Number: Digital Record |
| Case: USA v. Oscar Garcia-Gonzalez | Case Number: MJ # 03-904-MBB |
| AUSA: Don Cabell | Defense Counsel: Martin Richey |
| PTSO/PO: John Riley | Interpreter: A. Juacuja  Language: Spanish |

### TYPE OF HEARING

- [ ] **Initial Appearance**
  - [ ] Arrested: Date:_____
  - [ ] Charging District: _____
  - [ ] on warrant    [ ] on probable cause
  - [ ] Defendant Sworn
  - [ ] Advised of Charges
  - [ ] Advised of Rights
  - [ ] Requests Appointment of Counsel
  - [ ] Will Retain Counsel
  - [ ] Court Orders Counsel be Appointed
  - [ ] Government Requests Detention & Continuance

- [ ] **Arraignment**
  - [ ] Defendant Waived Reading of Indictment
  - [ ] Defendant Pleads Not Guilty to Counts _____

- [ ] **Removal Hearing/Rule 40**
  - [ ] Defendant Waives Identity Hearing
  - [ ] Defendant Ordered Removed to Charging District. Order to Issue.
  - [ ] Defendant Released, Conditions Remain/ Modified/Set
  - [ ] Identity Established

- [x] **Preliminary Examination (Rule 5 or Rule 32.1)**
  - [ ] Probable Cause Found
  - [ ] Identity Established
  - [ ] Defendant Waives Identity Hearing
  - [x] Defendant Waives Preliminary Examination

- [x] **Detention Hearing**
  - [ ] Defendant Requests a Continuance
  - [x] Defendant Consents to Voluntary Detention
  - [ ] Defendant Detained, Order to Issue
  - [ ] Defendant Released on _____ with conditions
  - [ ] Detention Taken Under Advisement

- [ ] **Preliminary Probation Revocation Hearing**
  - [ ] Defendant Ordered Detained
  - [ ] Defendant Released

- [ ] **Bail Revocation Hearing**
  - [ ] Bail Revoked, Defendant Ordered Detained
  - [ ] Defendant Released, Conditions Remain/Modified
  - [ ] Defendant Released on _____ with Conditions

- [ ] **Miscellaneous Hearings**
  - [ ] Attorney Appointment Hearing
  - [ ] Change of Plea (Rule 11) Hearing
  - [ ] Material Witness Hearing
  - [ ] Motion Hearing
  - [ ] Initial Status Conference
  - [ ] Interim Status Conference
  - [ ] Final Status Conference
  - [ ] Other _____

### CONTINUED PROCEEDINGS

_____ Hearing/Conference set for _____ at _____

### REMARKS

Court will issue an Order of Voluntary Detention without prejudice

(C:\CmEcf\ImplementationTeams\MJSTARTeam\CrCtNoteMJforpdf.wpd 5/19/03)

AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF __MA__

UNITED STATES OF AMERICA

v.

Oscar Gonzalez

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: MJ 03 904-MBB

I, __Oscar Gonzalez__, _____, charged in a (complaint) (petition) pending in this District with _____

in violation of Title _____, U.S.C., _____,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

OSCAR GARCIA GONZALEZ
*Defendant*

12/10/03
*Date*

*Counsel for Defendant*