UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


CRIMINAL ACTION NO. 03-907-MBB


**UNITED STATES OF AMERICA**

**v.**

**ROBERT RAMOS**


**ORDER OF VOLUNTARY DETENTION**


**DECEMBER 15, 2003**


**BOWLER, Ch.U.S.M.J.**

On December 15, 2003, defense counsel stated in open court that his client would enter into a period of voluntary detention without prejudice until January 15, 2004.  Defense counsel reserved the right to reopen the matter upon motion in the interim.  This court will set a prompt hearing upon the filing of the a motion to reopen.

It is therefore **ORDERED** that the defendant be detained. This court orders the defendant's detention subject to the following conditions:


(1)  The defendant be, and he hereby is, committed

to the custody of the Attorney General for confinement in a corrections facility, separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)  The defendant be afforded reasonable opportunity for private consultation with his counsel; and

(3)  On Order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to an authorized Deputy U.S. Marshal for the purpose of any appearance in connection with a court proceeding.

*Marianne B. Bowler*

**MARIANNE B. BOWLER**
Chief United States Magistrate Judge

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    v.

IVAN RODRIGUEZ

MAGISTRATE JUDGE NO. <u>03-908-MBB</u>

## APPOINTMENT OF FEDERAL DEFENDER
## (SYRIE FRIED)

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is hereby ORDERED that the Federal Defender Office for the District of Massachusetts be appointed, effective as of **DECEMBER 12, 2003** to represent said defendant in this cause until further order of the Court.

By: _Marianne B. Bowler_
MARIANNE B. BOWLER
Chief United States Magistrate Judge

DATE: Dec. 15, 2003

(FPDAPPNOTICECUSMJBMJCASE.wpd - 11/98)

[koapptpd.]

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 03-10331-RGS

**UNITED STATES OF AMERICA**

**v.**

**CLAUDIA NAVARRO**
**a/k/a CLAUDIA**

## ORDER OF VOLUNTARY DETENTION

**DECEMBER 15, 2003**

**BOWLER, Ch.U.S.M.J.**

On December 11, 2003, defense counsel stated in open court that her client would enter into a period of voluntary detention without prejudice. Defense counsel reserved the right to reopen the matter upon motion. This court will set a prompt hearing upon the filing of the a motion to reopen.

It is therefore **ORDERED** that the defendant be detained. This court orders the defendant's detention subject to the following conditions:

> (1)  The defendant be, and he hereby is, committed to the custody of the Attorney General for confinement

in a corrections facility, separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)  The defendant be afforded reasonable opportunity for private consultation with her counsel; and

(3)  On Order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to an authorized Deputy U.S. Marshal for the purpose of any appearance in connection with a court proceeding.


*Marianne B. Bowler*
**MARIANNE B. BOWLER**
Chief United States Magistrate Judge

2

# FINANCIAL AFFIDAVIT

CJA 23

### IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| | |
|---|---|
| IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
| IN THE CASE OF | |

IN THE CASE OF *United States* vs *Ivan Rodriguez*

FOR

AT

**PERSON REPRESENTED** (Show your full name)

**HOME ADDRESS**
14 Spring St. Taunton, MA

**CHARGE/OFFENSE** (describe if applicable & check box → ) ☐ Felony ☐ Misdemeanor

**DOCKET NUMBERS**

Magistrate

District Court

Court of Appeals

1 ☑ Defendant—Adult
2 ☐ Defendant—Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOY-MENT**

Are you now employed? ☐ Yes ☑ No ☐ Am Self Employed

Name and address of employer: _____

**IF YES,** how much do you earn per month? $ _____

**IF NO,** give month and year of last employment
How much did you earn per month $ _____

If married is your Spouse employed? ☐ Yes ☐ No  *N/A*

**IF YES,** how much does your Spouse earn per month $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑

**IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES**

RECEIVED $ *$500 monthly*   SOURCES *Disability payment*

**CASH**

Have you any cash on hand or money in savings or checking account ☑ Yes ☐ No   IF YES, state total amount $ *94.00*

**PROP-ERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No

**IF YES, GIVE VALUE AND DESCRIBE IT**

VALUE $ *$20,000*   DESCRIPTION *2002 GMC Envoy (SUV)*

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
☑ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents  *0*

List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| Creditors | Total Debt | Monthly Payt |
|---|---|---|
| APARTMENT OR HOME: *Rent contribution — Varies* | $ | $ |
| *Compass Bank – car payment* | $ *28,000* | $ *400.00* |
| | $ | $ |
| | $ | $ |

I certify the above to be correct.

**SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)** ▶ *Ivan Rodriguez*   (DATE) *12/12/03*

FPI—MAR—7-23-79-25N-2243

A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT OR BOTH.

CJA 23

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |

IN THE CASE OF

_United States_ vs. _Nestor Rodriguez_

FOR

AT

**PERSON REPRESENTED** (Show your full name)

**HOME ADDRESS**
_26 Barnum St. Taunton, MA_

**CHARGE/OFFENSE** (describe if applicable & check box →)   ☐ Felony   ☐ Misdemeanor

1 ☒ Defendant—Adult
2 ☐ Defendant—Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

**DOCKET NUMBERS**

Magistrate

District Court

Court of Appeals

---

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOY-MENT**

Are you now employed?   ☐ Yes   ☒ No   ☐ Am Self Employed

Name and address of employer: _____

**IF YES,** how much do you earn per month? $ _____

**IF NO,** give month and year of last employment
How much did you earn per month $ _____

If married is your Spouse employed?   ☐ Yes   ☐ No   _N/A_

**IF YES,** how much does your Spouse earn per month $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?   ☐ Yes

**IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES**

RECEIVED $ _303_   SOURCES _Disability/welfare benefit_

**CASH**

Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No   **IF YES,** state total amount $ _____

**PROP-ERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   ☐ Yes   ☒ No

VALUE                DESCRIPTION

**IF YES, GIVE VALUE AND DESCRIBE IT**   $ _____

---

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
☒ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents   _0_

List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| Creditors | Total Debt | Monthly Pay |
|---|---|---|
| APARTMENT OR HOME: _$100 rent contribution to parents_ | $ | $ _100.00_ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

I certify the above to be correct.

**SIGNATURE OF DEFENDANT**
(OR PERSON REPRESENTED)   ▶ _Nestor Rodriguez_   (DATE) _12/12/03_

FPI—MAR—7-23-70-25M-2243

A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.

# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

| IN UNITED STATES | ☐ MAGISTRATE | ☒ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

IN THE CASE OF

USA vs Janet Gaibl and Joseph Cassidy

FOR Mass
AT Boston

**LOCATION NUMBER**

**PERSON REPRESENTED** (Show your full name)

Janet Gaibl

1 ☒ Defendant – Adult
2 ☐ Defendant – Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify) _____

**DOCKET NUMBERS**

Magistrate

District Court
03CR103480

Court of Appeals

**CHARGE/OFFENSE** (describe if applicable & check box → ) ☒ Felony ☐ Misdemeanor

18 U.S.C. 8371
18 U.S.C. 81001

## ASSETS

**EMPLOYMENT**

Are you now employed? ☒ Yes ☐ No ☐ Am Self Employed

Name and address of employer: Beacon Residential Mgmt 150 Federal St Boston

IF YES, how much do you earn per month? $ 3200.00
IF NO, give month and year of last employment
How much did you earn per month? $ _____

If married is your Spouse employed? ☐ Yes ☒ No

IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self–employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No

| | RECEIVED | SOURCES |
|---|---|---|
| IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ THE SOURCES | | |

**CASH**

Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No IF YES, state total amount $ _____

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No

| | VALUE | DESCRIPTION |
|---|---|---|
| IF YES, GIVE THE VALUE AND DESCRIBE IT | $ 250,000 | Single Family House |
| | 1000 | 93 Pontiac Grand Am |

## OBLIGATIONS & DEBTS

**DEPENDENTS**

MARITAL STATUS
☐ SINGLE
☐ MARRIED
☐ WIDOWED
☒ SEPARATED OR DIVORCED

Total No. of Dependents: 1

List persons you actually support and your relationship to them
Kurt A. Gaibl Jr. Son

**DEBTS & MONTHLY BILLS**

(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| Ameriquest Mortgage | $ 185,000 | $ 1529. |
| American Express | $ 1200 | $ 20 |
| Master Card | $ 1500 | $ 20 |
| | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 12/9/03

**SIGNATURE OF DEFENDANT** (OR PERSON REPRESENTED) Janet M. Gaibl

AO 199A (Rev. 3/87) Order Setting Conditions of Release                                    Page 1 of _3_ Pages

# United States District Court

_____ DISTRICT OF ___M A___ _____

UNITED STATES OF AMERICA

v.

Janet Gail
_____
Defendant

## ORDER SETTING CONDITIONS
## OF RELEASE

Case Number: 03-10348-RGS

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing of any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall next appear at (if blank, to be notified) U.S.D.C.
_____
                                                                         Place
_____ on _12-17-03_ @ _2:15pm_
                                                Date and Time
                                        for arraignment

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✓ ) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

(  ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of
_____ dollars ($_____)
in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

(   ) (6)  The defendant is placed in the custody of:
(Name of person or organization) *Released on our Recognizance*
(Address) _____
(City and state) _____ (Tel. No.) _____

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: *Janet M. Hail*
Custodian or Proxy

(   ) (7)  The defendant shall:
( ) (a)  maintain or actively seek employment.
( ) (b)  maintain or commence an educational program.
( ) (c)  abide by the following restrictions on his personal associations, place of abode, or travel: _____

( ) (d)  avoid all contact with the following named persons, who are considered either alleged victims or potential witnesses: _____

( ) (e)  report on a regular basis to the supervising officer.
( ) (f)  comply with the following curfew: _____
( ) (g)  refrain from possessing a firearm, destructive device, or other dangerous weapon.
( ) (h)  refrain from excessive use of alcohol.
( ) (i)  refrain from any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 U.S.C. §802 unless prescribed by a licensed medical practitioner.
( ) (j)  undergo medical or psychiatric treatment and/or remain in an institution, as follows:_____
( ) (k)  execute a bond or an agreement to forfeit upon failing to appear as required, the following sum of money or designated property_____
( ) (l)  post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described money: _____
( ) (m)  execute a bail bond with solvent sureties in the amount of $ _____
( ) (n)  return to custody each (week)day as of _____ o'clock after being released each (week)day as of_____ o'clock for employment, schooling, or the following limited purpose(s): _____
( ) (o)  surrender any passport to _____
( ) (p)  obtain no passport.
( ) (q)  submit to urine analysis testing upon demand of the supervising officer.
( ) (r)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the supervising officer.
( ) (s)  submit to an electronic monitoring program as directed by the supervising officer.
( ) (t)

AO 199C (Rev 6-97) Advice of Penalties...                                                                     Page 3 of 3 Pages

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgement of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

11 Whitmore St
_____
Address

Brockton MA 508 586 6848
_____
City and State                    Telephone

## Directions to United States Marshal

( ✓ ) The defendant is ORDERED released after processing.

( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: Dec. 9, 2003

_____
Signature of Judicial Officer
MARIANNE B BOWLER
U.S. Magistrate JUDGE
_____
Name and Title of Judicial Officer

WHITE COPY - COURT        YELLOW - DEFENDANT        GREEN - PRETRIAL SERVICE        BLUE - U.S. ATTORNEY        PINK - U.S. MARSHAL

AO 199A (Rev. 3/87) Order Setting Conditions of Release

# United States District Court

_____ DISTRICT OF _M A_____

UNITED STATES OF AMERICA

v.

## ORDER SETTING CONDITIONS
## OF RELEASE

Joseph Cassidy

Defendant

Case Number: 03-10348-RGS

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing of any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall next appear at (if blank, to be notified)_____

_____ Place

_____ on _____
                                            Date and Time

## Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✓ ) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of

_____ dollars ($_____)
in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

WHITE COPY - COURT        YELLOW - DEFENDANT        BLUE - U.S. ATTORNEY        PINK - U.S. MARSHAL        GREEN - PRETRIAL SERVICES

AO 199C (Rev 6-97) Advice of Penalties...

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

    A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

    The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

    Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

    If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

    (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

    (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

    (3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

    (4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

    A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgement of Defendant

    I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

_____
Address

_____
City and State        617-67-7181071
                                    Telephone

## Directions to United States Marshal

( ✓ ) The defendant is ORDERED released after processing.

( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: Dec. 9, 2003

_____
Signature of Judicial Officer
MARIANNE B. BOWLER
U.S. Magistrate Judge
Name and Title of Judicial Officer

AO199B (Rev.8/97) Additional Conditions of Release

Page 2 of 3 Pages

## Additional Conditions of Release

Upon  finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

(   ) (6)  The defendant is placed in the custody of:
(Name of person or organization) _____ Own Recognizance _____
(Address) _____
(City and state) _____ (Tel. No.)_____
who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____
                 Custodian or Proxy

(   ) (7)  The defendant shall:
(   ) (a)  maintain or actively seek employment.
(   ) (b)  maintain or commence an educational program.
(   ) (c)  abide by the following restrictions on his personal associations, place of abode, or travel:
_____
_____
_____

(   ) (d)  avoid all contact with the following named persons, who are considered either alleged victims or potential witnesses:
_____
_____

(   ) (e)  report on a regular basis to the supervising officer.
(   ) (f)  comply with the following curfew: _____
(   ) (g)  refrain from possessing a firearm, destructive device, or other dangerous weapon.
(   ) (h)  refrain from excessive use of alcohol.
(   ) (i)  refrain from any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 U.S.C. §802 unless prescribed by a licensed medical practitioner.
(   ) (j)  undergo medical or psychiatric treatment and/or remain in an institution, as follows:_____
_____
(   ) (k)  execute a bond or an agreement  to forfeit upon failing to appear as required, the following sum of money or designated property _____
(   ) (l)  post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described money: _____
(   ) (m) execute a bail bond with solvent sureties in the amount of $ _____
(   ) (n)  return to custody each (week)day as of _____ o'clock after being released each (week)day as of_____ o'clock for employment, schooling, or the following limited purpose(s): _____
(   ) (o)  surrender any passport to _____
(   ) (p)  obtain no passport.
(   ) (q)  submit to urine analysis testing upon demand of the supervising officer.
(   ) (r)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the supervising officer.
(   ) (s)  submit to an electronic monitoring program as directed by the supervising officer.
(   ) (t)  

CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| MAX | Colon, Oscar Guillo | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 1:98-010046-007 | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| U.S. v. Peral, et al | Felony | Adult Defendant | Probation Revocation |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section)   If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 21 846=CD.F -- CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE

12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS
Gillespie, Raymond E.
875 Massachusetts Ave.
Suite 32
Cambridge MA 02139-3067

Telephone Number: (617) 661-3222

14. NAME AND MAILING ADDRESS OF LAW FIRM (only provide per instructions)

13. COURT ORDER
☒ O Appointing Counsel          ☐ C Co-Counsel
☐ F Subs For Federal Defender   ☐ R Subs For Retained Attorney
☐ P Subs For Panel Attorney     ☐ Y Standby Counsel

Prior Attorney's Name:
Appointment Date:
☐ Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, or
☐ Other (See Instructions)

Signature of Presiding Judicial Officer or By Order of the Court
12/10/2003
Date of Order                    Nunc Pro Tunc Date
Repayment or partial repayment ordered from the person represented for this service at time of appointment.  ☐ YES  ☐ NO

| CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| 15. a. Arraignment and/or Plea | | | | | |
| b. Bail and Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other (Specify on additional sheets) | | | | | |
| (Rate per hour = $          ) TOTALS: | | | | | |
| 16. a. Interviews and Conferences | | | | | |
| b. Obtaining and reviewing records | | | | | |
| c. Legal research and brief writing | | | | | |
| d. Travel time | | | | | |
| e. Investigative and Other work (Specify on additional sheets) | | | | | |
| (Rate per hour = $          ) TOTALS: | | | | | |
| 17. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. Other Expenses (other than expert, transcripts, etc.) | | | | | |

19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE
FROM                TO
20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION
21. CASE DISPOSITION

22. CLAIM STATUS   ☐ Final Payment   ☐ Interim Payment Number _____   ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case?  ☐ YES  ☐ NO   If yes, were you paid?  ☐ YES  ☐ NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything or value) from any other source in connection with this representation?  ☐ YES  ☐ NO   If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney: _____   Date: _____

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR / CERT |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | DATE | | 28a. JUDGE / MAG. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | DATE | | 34a. JUDGE CODE |

CJA 30 DEATH PENALTY PROCEEDINGS.    ...NTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE MAX | 2. PERSON REPRESENTED Morris, Branden | | | VOUCHER NUMBER | |
|---|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER 1:02-010301-004 | 5. APPEALS DKT./DEF. NUMBER | | 6. OTHER DKT. NUMBER | |
| 7. IN CASE/MATTER OF (Case Name) U.S. v. Morris | 8. TYPE PERSON REPRESENTED Adult Defendant | | 9. REPRESENTATION TYPE Death Penalty Motion | | |

10. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 18 924.C.F -- VIOLENT CRIME/DRUGS/MACHINE GUN

11. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS
Stern, Max D.
Stern Shapiro Weissberg Garin
90 Canal St.
Boston MA 02114-2022

Telephone Number: (617) 742-5800

13. NAME AND MAILING ADDRESS OF LAW FIRM (only provide per instructions)
Stern, Shapiro, Weissberg and Garin
90 Canal St.
5th Floor
Boston MA 02114

12. COURT ORDER
☒ O Appointing Counsel    ☐ C Co-Counsel
☐ F Subs For Federal Defender    ☐ R Subs For Retained Attorney
☐ P Subs For Panel Attorney    ☐ Y Standby Counsel
Prior Attorney's Name:
Appointment Date:
(A) Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 11, who has been determined to possess the specific qualifications required by law, is appointed to represent this person in this case.
(B) The attorney named in Item 11 is appointed to serve as: ☐ LEAD COUNSEL ☐ CO-COUNSEL
Name of Co-Counsel or Lead Counsel:
Appointment Date:
(C) If you represented the defendant or petitioner in any prior proceeding related to this matter, attach to your initial claim a listing of those proceedings and describe your role in each (e.g., lead counsel or co-counsel).
☐ (D) Due to the expected length of this case, and the anticipated hardship on counsel is undertaking representation full-time for such a period without compensation, interim payments of compensation and expenses are approved pursuant to the attached order.

Signature of Presiding Judicial Officer or By Order of the Court
12/08/2003
Date of Order          Nunc Pro Tunc Date
(E) Repayment or partial repayment ordered from the person represented for this service at time of appointment. ☐ YES ☐ NO

14. STAGE OF PROCEEDING
Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 15 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a separate voucher for each stage of the proceeding.

CAPITAL PROSECUTION
a. ☐ Pre-Trial    c. ☐ Appeal
b. ☐ Trial    f. ☐ Petition for the U.S. Supreme Court
c. ☐ Sentencing    i. ☐ Writ of Certiorari
d. ☐ Other Post Trial

HABEAS CORPUS
g. ☐ Habeas Petition
h. ☐ Evidentiary Hearing
i. ☐ Dispositive Motions
j. ☐ Appeal

k. ☐ Petition for the U.S. Supreme Court Writ of Certiorari

OTHER PROCEEDING
l. ☐ Stay of Execution
m. ☐ Appeal of Denial of Stay
n. ☐ Petition for Writ of Certiorari to the U.S. Supreme Court Regarding Denial of Stay
o. ☐ Other

| 15. CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| a. In-Court Hearings (Rate per Hour = $    ) | | | | IN COURT TOTAL (Category a) | IN COURT TOTAL (Category a) |
| b. Interviews and Conferences with Client | | | | | |
| c. Witness Interviews | | | | | |
| d. Consultation with Investigators and Experts | | | | | |
| e. Obtaining and Reviewing the Court Record | | | | OUT OF COURT TOTAL (Categories b - j) | OUT OF COURT TOTAL (Categories b - j) |
| f. Obtaining and Reviewing Documents and Evidence | | | | | |
| g. Consulting with Expert Counsel | | | | | |
| h. Legal Research and Writing | | | | | |
| i. Travel | | | | | |
| j. Other (Specify on additional sheets) | | | | | |
| Totals: Categories b thru j (Rate per hour = $    ) | | | | | |
| 16. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 17. Other Expenses (other than expert, transcripts, etc.) | | | | | |

18. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE
FROM    TO

19. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION    20. CASE DISPOSITION

21. CLAIM STATUS ☐ Final Payment ☐ Interim Payment Number ___ ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case? ☐ YES ☐ NO If yes, were you paid? ☐ YES ☐ NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything or value) from any other source in connection with this representation? ☐ YES ☐ NO If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.
Signature of Attorney:                Date:

| 22. IN COURT COMP. | 23. OUT OF COURT COMP. | 24. TRAVEL EXPENSES | 25. OTHER EXPENSES | 26. TOTAL AMT.APPROVED |
|---|---|---|---|---|
| 27. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | DATE | | 27a. JUDGE CODE |

## MAGISTRATE JUDGE CLERK NOTES

Magistrate Judge: _Bowler_

Courtroom Clerk: _Saccoccio_

Case: USA v. _Claudia Navarro_

AUSA: _Cynthia Lie_

PTSO/PO: _____

Date: _12-11-03_    Time In Court _5 min_

Tape Number: _Digital Record_

Case Number: _03-10331-RGS_

Defense Counsel: _Victoria Bonilla_

Interpreter: _D. Huacuja_ Language: _Spanish_

### TYPE OF HEARING

**Initial Appearance**
- [ ] Arrested: Date:_____
- [ ] Charging District: _____
- [ ] on warrant  [ ] on probable cause
- [ ] Defendant Sworn
- [ ] Advised of Charges
- [ ] Advised of Rights
- [ ] Requests Appointment of Counsel
- [ ] Will Retain Counsel
- [ ] Court Orders Counsel be Appointed
- [ ] Government Requests Detention & Continuance

**Arraignment**
- [x] Defendant Waived Reading of Indictment
- [x] Defendant Pleads Not Guilty to Counts _1, 2-6_

**Removal Hearing/Rule 40**
- [ ] Defendant Waives Identity Hearing
- [ ] Defendant Ordered Removed to Charging District. Order to Issue.
- [ ] Defendant Released, Conditions Remain/ Modified/Set
- [ ] Identity Established

**Preliminary Examination (Rule 5 or Rule 32.1)**
- [ ] Probable Cause Found
- [ ] Identity Established
- [ ] Defendant Waives Identity Hearing
- [ ] Defendant Waives Preliminary Examination

**Detention Hearing**
- [ ] Defendant Requests a Continuance
- [x] Defendant Consents to Voluntary Detention
- [ ] Defendant Detained, Order to Issue
- [ ] Defendant Released on _____ with conditions
- [ ] Detention Taken Under Advisement

**Preliminary Probation Revocation Hearing**
- [ ] Defendant Ordered Detained
- [ ] Defendant Released

**Bail Revocation Hearing**
- [ ] Bail Revoked, Defendant Ordered Detained
- [ ] Defendant Released, Conditions Remain/Modified
- [ ] Defendant Released on _____ with Conditions

**Miscellaneous Hearings**
- [ ] Attorney Appointment Hearing
- [ ] Change of Plea (Rule 11) Hearing
- [ ] Material Witness Hearing
- [ ] Motion Hearing
- [ ] Initial Status Conference
- [ ] Interim Status Conference
- [ ] Final Status Conference
- [ ] Other _____

### CONTINUED PROCEEDINGS

_Initial Status_ Hearing/Conference set for_ _Feb 2, 2024 at 2:30_

### REMARKS

(C:\CmEcf\ImplementationTeams\MJSTARTeam\CrCtNoteMJforpdf.wpd 5/19/03)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MAGISTRATE JUDGE NO. 03-904-MBB

**UNITED STATES OF AMERICA**

**v.**

**OSCAR GARCIA-GONZALEZ**

**ORDER OF VOLUNTARY DETENTION**

**DECEMBER 11, 2003**

**BOWLER, Ch.U.S.M.J.**

On December 10, 2003, defense counsel stated in open court
that his client would enter into a period of voluntary detention
without prejudice. This court will promptly reopen the issue of
detention upon motion of the defendant.

It is therefore **ORDERED** that the defendant be detained.
This court orders the defendant's detention subject to the
following conditions:

(1)  The defendant be, and he hereby is, committed
to the custody of the Attorney General for confinement
in a corrections facility, separate, to the extent
practicable, from persons awaiting or serving sentences

or being held in custody pending appeal;

(2)  The defendant be afforded reasonable opportunity for private consultation with his counsel; and

(3)  On Order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized Deputy U.S. Marshal for the purpose of any appearance in connection with a court proceeding.

_Marianne B. Bowler_
**MARIANNE B. BOWLER**
Chief United States Magistrate Judge