AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

OSCAR GARCIA-GONZALEZ

**WARRANT FOR ARREST**

CASE NUMBER: MJ# 03-904-MBB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _OSCAR GARCIA-GONZALEZ_
                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
unlawfully reentering the United States after having previously been deported

in violation of Title __8__ United States Code, Section(s) __1326__

| Marianne B. Bowler | Chief U.S. Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| Marianne B. Bowler USMJ | 12-03-2003 |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____  by _____
                                    Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED  12/3/03 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST  12/5/03 | Julia Lee  SA | [signature] |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

FILED
2003 DEC 12 P 2: 27
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA

v.

OSCAR GARCIA-GONZALEZ

**WARRANT FOR ARREST**

CASE NUMBER: MJ# 03-904-MBB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ OSCAR GARCIA-GONZALEZ _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
unlawfully reentering the United States after having previously been deported

in violation of
Title _____ 8 _____ United States Code, Section(s) _____ 1326 _____

Marianne B. Bowler
Name of Issuing Officer

Chief U.S. Magistrate Judge
Title of Issuing Officer

_Marianne B. Bowler_ USMJ
Signature of Issuing Officer

12-03-2003
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | WARRANT EXECUTED BY INS | |
| DATE OF ARREST | BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 12/05/03 | |

This form was electronically produced by Elite Federal Forms, Inc.