## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

United States of America

v.

Oscar Garcia-Gonzales           Case Number: **MJ# 03-904-MBB**

### NOTICE OF APPEARANCE

Please take notice that I, Jeffrey B. Rubin, hereby enter my appearance as counsel of record for the defendant, Oscar Garcia-Gonzales. I hereby certified that I am admitted to practice before the Federal District Court sitting in Massachusetts and that I am a member in good standing of each court in which I am admitted to practice.

All papers served on Oscar Garcia-Gonzales should be addressed to:

> Jeffrey B. Rubin
> Law Offices of Jeffrey B. Rubin
> 175 Federal Street, Suite 509
> Boston, MA 02110

Respectfully submitted:

*/s/ Jeffrey B. Rubin*
Jeffrey B. Rubin
Law Offices of Jeffrey B. Rubin
175 Federal Street, Suite 509
Boston, MA 02110
BBO# 640964

I, Jeffrey B. Rubin, hereby certify that a copy of the foregoing Notice of Appearance was served by 1st class mail on February 18, 2004 as follows:

BY MAIL
Michael J. Sullivan
U.S. Attorney's Office
1 Courthouse Way, John Joseph Moakley Courthouse,
Boston, MA 02210


_____
Jeffrey B. Rubin

_02-18-2004_
Date